IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL HAENDEL,
    Plaintiff,

-vs-                                  Case No. A-13-CA-007-SS

M. DIGIANTONIO and THOMAS EATON,
    Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the plaintiff Haendel's "Motion for Plaintiff's Change of Venue" [#11]; Motion for Sanctions Defendant's Representation" [#12]; "Motion for Assistance of Legal Counsel for Plaintiff" [#13]; "Motion for Time Extention [sic] to File Plaintiff's Response to Defense Response to Plaintiff Original Complaint" [#14]; and "Plaintiff's Response Defense Response to Original Complaint" [#15], and thereafter, enters the following:

All of these pleadings are nonsensical and without any basis in law with the exception of the request for legal assistance, and the Court sees no reason to appoint a lawyer in this case to assist Michael Haendel as he has established that he is able to file an appropriate pleading (his complaint) and the allegations are such that he can proceed pro se without benefit of counsel as do many persons who file pro se petitions in the United States District Court. All of the motions are DISMISSED and held for naught.

Mr. Haendel is specifically advised to read Rule 11 of the Federal Rules of Civil Procedure, which provides for sanctions for the filing of frivolous pleadings which are without basis in fact or

law. Money sanctions, including the defendants' attorney's fees and costs, can be awarded as sanctions even for pro se filers who are permitted in the original stage of the proceedings to file in forma pauperis. Michael Haendel is responsible for the pleadings he files pursuant to Rule 11, and should he file any further pleadings for the purpose of harassment or creating expense, sanctions will be ordered.

The Court recommends the parties comply with this Court's order of February 6, 2013.

SIGNED this the 28th day of February 2013.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE