IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION

FILED
2013 MAR -4 PM 12: 55
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| MICHAEL HAENDEL, | § | |
|---|---|---|
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NUMBER A-13-CV-00007-SS |
| | § | |
| M. DIGIANTONIO, | § | |
| THOMAS EATON, | § | |
| Defendants. | § | |

## MEMORANDUM: PLAINTIFF'S REQUEST CLARIFICATION ORDER (FEBRUARY 28TH, 2013)

### I. ABSTRACT

COMES NOW Plaintiff Michael Haendel, and file this, "MEMORANDUM: PLAINTIFF'S REQUEST CLARIFICATION ORDER (FEBRUARY 28TH, 2013)". Plaintiff respectfully notices the Court, and Defendants, of request for clarification order filed February 28th, 2013.

Plaintiff respectfully requests from Honorable Magistrate Samuel Sparks if:

1. Entire complaint and case number has been dismissed, and if,

2. Plaintiff respectfully requests from Honorable Magistrate Samuel Sparks, that Plaintiff is not sanctioned for requesting further elaboration upon order filed February 28th, 2013, in CIVIL ACTION NUMBER A-13-CV-00007-SS, and if,

3. Plaintiff respectfully requests from Honorable Magistrate Samuel Sparks, that Plaintiff is not sanctioned filing JUDICIAL NOTICE: PLAINTIFF AVAILABILITY FOR

MEDIATION (MARCH 4TH TO MARCH 16, 2013), and if,

4. By filing JUDICIAL NOTICE: PLAINTIFF AVAILABILITY FOR MEDIATION (MARCH 4TH TO MARCH 16, 2013), Plaintiff is attempting to comply with order filed February 6th, 2013, in CIVIL ACTION NUMBER A-13-CV-00007-SS, and if,

5. Plaintiff did not intend to express any disrespect to Court, Defendant's and Defendant's representatives, and if,

6. Plaintiff was counseled if suit is brought against Defendant's in their "Personal Capacity", Travis County Attorney can not directly represent Defendants, and if,

7. Plaintiff can file with the Court any additional documents in support of Plaintiff's claims.

# PRAYER

A. For these reasons, plaintiff asks for judgment against defendants, stipulated in prayer, **"MEMORANDUM: PLAINTIFF'S REQUEST CLARIFICATION ORDER (FEBRUARY 28TH, 2013)"**.

B. Further, I, Michael Haendel, Plaintiff, and indigent, request a waiver of any costs for mediation.

Respectfully submitted,

*[signature]*
Signature Michael Haendel across USPS Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

| STATE OF TEXAS | § |
|---|---|
| TRAVIS COUNTY | § |

## AFFIDAVIT OF MICHAEL HAENDEL

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified: "My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

_____
Signature Michael Haendel across USPS Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on March 4th, 2013.



JESSICA ESTRADA
My Commission Expires
April 5, 2014

_____
Notary Public in and for
The State of Texas

# CERTIFICATE OF SERVICE

On the ___4st___ day of the month of ___March___, year 2013, I certify that original and copy of

**MEMORANDUM: PLAINTIFF'S REQUEST CLARIFICATION ORDER (FEBRUARY 28TH, 2013)** was personally hand filed, in:

**a.**
U.S. District Clerk's Office,
UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION,
501 West Fifth Street,
Suite 1100,
Austin, Texas 78701,

And a copy of **MEMORANDUM: PLAINTIFF'S REQUEST CLARIFICATION ORDER (FEBRUARY 28TH, 2013)** was personally hand served, by I, Michael Haendel, to:

**b.**
COUNTY OF TRAVIS CLERK'S OFFICE,
CIVIL LITIGATION DIVISION,
314 West 11th Street,
Suite 420,
Austin, TX 78701
COUNTY OF TRAVIS ATTORNEY,
ELAINE A. CASAS,
JENNIFER KRABER.

_____
Signature Michael Haendel across USPS Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel
on the ___4th___ day of the month of ___March___, year 2013.

_____
Notary Public in and for The State of Texas

JESSICA ESTRADA
My Commission Expires
April 5, 2014

MEMORANDUM: PLAINTIFF'S REQUEST CLARIFICATION ORDER (FEBRUARY 28TH, 2013)
Page 5 of 5