IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL HAENDEL,
    **Plaintiff,**

-vs-                                                              Case No. A-13-CA-007-SS

M. DIGIANTONIO and THOMAS EATON,
    **Defendants.**

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the "Memorandum: Plaintiff's Request Clarification Order (February 28, 2013)" [#20], and thereafter, the Court enters the following:

The February 28, 2013 order means exactly what it says. The pleadings filed by the plaintiff identified in the first paragraph of the order are dismissed as frivolous. The remaining portions of the order warns the plaintiff Michael Haendel that further frivolous pleadings filed for the purpose of delay, expense, and harassment will not be tolerated in the federal court, and the Court will order sanctions, including the expenses and the attorney's fees of the defendants incurred as the result of any frivolous pleadings. This lawsuit is pending with a complaint and an answer. The parties are expected to follow and comply with the order entered February 6, 2013.

SIGNED this the _11th_ day of March 2013.

                                                        _/s/ Sam Sparks_
                                                      UNITED STATES DISTRICT JUDGE