IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| | § | |
| M. DIGIANTONIO, | § | |
| THOMAS EATON, | § | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Michael Haendel, Plaintiff, in the above-named case, herby appeals to United States Court of Appeals for the Fifth Circuit from the Order denying Plaintiff access to the United States District Court for the Western District of Texas, Austin Division created by United States United States District Court for the Western District of Texas, Austin Division Magistrate Sam Sparks, March, 11, 2013 [Doc. #21, Case No. A-13-CA-007-SS], contrary to all other orders and rulings leading up to and associated with that Order and Memorandum Opinions.

Plaintiff has been declared Indigent by United States District Court for the Western District of Texas, Austin Division Magistrate Sam Sparks.

Dated this 5th day of April, 2013.

# CERTIFICATE OF SERVICE

On the __5th__ day of the month of __April__, year 2013, I certify that original and and true and correct copy of **PLAINTIFF'S NOTICE OF APPEAL** was personally hand delivered, in:

UNITED STATES DISTRICT CLERK'S OFFICE,
UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION,
501 West Fifth Street,
Suite 1100,
Austin, Texas 78701,

_____
Signature in red ink of Michael Haendel
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on the __5th__ day of the month of __April__, year 2013.

_____
Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017