# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS,
### AUSTIN DIVISION

FILED

2013 APR 23 PM 2: 31

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| Michael Haendel, | § | |
| *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| | § | |
| M. DIGIANTONIO, | § | |
| THOMAS EATON, | § | |
| *Defendants.* | § | |

## PLAINTIFF'S CRIMINAL AFFIDAVITS MANIFEST I

### I.      ABSTRACT

COMES NOW the Suri Juris, Plaintiff, Michael Haendel, in the above-styled and numbered cause

and file these verified criminal affidavits into the court record,

1.   y2013m04d23_FedCrimAff_AMC Statman_USDC
2.   y2013m04d23_FedCrimAff_APD_Pont_USDC
3.   y2013m04d23_FedCrimAff_AMC_McKee_USDC
4.   y2013m04d23_FedCrimAff_AMC_Jenkins_USDC
5.   y2013m04d23_FedCrimAff_AMC_White_USDC
6.   y2013m04d23_FedCrimAff_AMC_Bentzin_USDC
7.   y2013m04d23_FedCrimAff_AMC_Gerban_USDC
8.   y2013m04d23_FedCrimAff_AMC_McCabe_USDC
9.   y2013m04d23_FedCrimAff_AMC_Garbe_USDC
10.  y2013m04d23_FedCrimAff_AMC_Corbin_USDC
11.  y2013m04d23_FedCrimAff_APD_Robinson_USDC
12.  y2013m04d23_FedCrimAff_APD_Metcalfe_USDC
13.  y2013m04d23_FedCrimAff_APD_Williamson_USDC
14.  y2013m04d23_FedCrimAff_TCA_Jones_USDC
15.  y2013m04d23_FedCrimAff_TCA_Hensonn_USDC
16.  y2013m04d23_FedCrimAff_TCA_Pemberton_USDC
17.  y2013m04d23_FedCrimAff_TCC_Philips_USDC
18.  y2013m04d23_FedCrimAff_TCCA_Keller_USDC
19.  y2013m04d23_FedCrimAff_TSC_Jefferson_USDC

## II.    __PRAYER AND REMEDY__

Reversal of "ORDER" dismissing "CASE No. A-13-CA-007-SS" that is similar but not the same as Plaintiff claim number "1:13-cv-00007", Presentation for Oral Arguments. For these reasons, plaintiff asks for judgment against defendants, stipulated in prayer, **"PLAINTIFF'S ORIGINAL COMPLAINT",** Court provided assistance of legal counsel, Further, I, Michael Haendel, Plaintiff, and indigent, request a waiver of any costs for mediation. Respectfully submitted,

_____
Signature in red ink of Michael Haendel
P.O. Box 300952, Austin, Texas 78703, (321) 262-8582     *Further the Affiant saith not.*

## III.    __AFFIDAVIT OF MICHAEL HAENDEL__

STATE OF TEXAS            §

TRAVIS COUNTY            §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

_____
Signature in red ink of Michael Haendel
P.O. Box 300952, Austin, Texas 78703, (321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on ___April 23___, 2013.

_____
Notary Public in and for The State of Texas

> **WILLIAM PAUL THOMPSON**
> My Commission Expires
> October 17, 2015

## VI.    CERTIFICATE OF SERVICE

I, Michael Haendel, do hereby certify that I have submitted a true and correct copy of the above and

foregoing, on the __23__ day of the month of __April__, year 2013, I certify that original and copy of

**PLAINTIFF'S CRIMINAL AFFIDAVITS MANIFEST I**   complies with Federal Rule 12(b)(1), and

Federal Rule 12(b)(6), was personally hand filed, in:

**a.**

UNITED STATES DISTRICT CLERK'S OFFICE,
UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION,
501 West Fifth Street,
Suite 1100,
Austin, Texas 78701,

And a copy of **PLAINTIFF'S CRIMINAL AFFIDAVITS MANIFEST I**   was delivered by

__HAND   DELIVERY_____ ~~certified mail,~~ to:

**b.**
COUNTY OF TRAVIS CLERK'S OFFICE,
COUNTY OF TRAVIS ATTORNEY
CIVIL LITIGATION DIVISION,
314 West 11th Street, Suite 420,
Austin, Texas 78701
ELAINE A. CASAS,
JENNIFER KRABER.

_____
Signature in red ink by Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel
on the __23__ day of the month of __April__, year 2013.

_____
Notary Public in and for The State of Texas



JESSICA ESTRADA
My Commission Expires
April 5, 2014

Page 3 of 3

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| **SUBJECT OF CRIMINAL AFFIDAVIT** | **OFFICIAL CAPACITY** | |
|---|---|---|
| Sherry Statman | CITY OF AUSTIN MUNICIPAL JUDGE MAGISTRATE | |

| **NAME OF JUDGE OR MAGISTRATE** | **OFFICIAL TITLE** | **LOCATION** |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| **DATE OF OFFENSE(S)** | **PLACE OF OFFENSE** | **ADDRESS OF ACCUSED** |
|---|---|---|
| January 13th, 2011 (1) January 14th, 2011 (1) | the City of Austin (1) Municipal Court 700 East Seventh Street Austin, Texas | the City of Austin Municipal Court 700 East Seventh Street Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7407856, C-1-CR-11-100017, Michael Haendel, witness(es), video and audio recording, transcript

## AFFIDAVIT
In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Sherry Statman, acting Austin Municipal Court Judge and Magistrate, hereinafter referenced "Perpetrator" on or about January 13th, and January 14th, 2011 refused to allow any television, radio, or newspaper reporters, hereinafter referenced as "Press" to attend my trial. Refused to grant pre-trial hearing to Complainant, or hear any motions, and stated on record that "The appellate court will grant your rights, but I will not.". Complainant disqualified Perpetrator, as not satisfying 4 USC 102 and Perpetrator refused to vacate the bench. Perpetrator witnessed Michael Pont, as acting as Austin Municipal Police Officer, hereinafter referenced as "Assailant", on duty at Austin Bergstrom International Airport, hereinafter as referenced "ABIA" on or about June 17th, 2010, in the early morning hours between the time period of 5 a.m. and 8 a.m. Assailant approached Complainant in the secondary screening area of ABIA, hereinafter referenced as SSA of ABIA. Assailant testified, on the witness stand, with his statements being recorded by court reporter, Aisha White. Assailant testified, sweating and shaking, he arrested, placed in hand cuffs, searched Complainant's person, based solely upon size of Complainant. Sherry Statman witness Andrew Garbe, Austin Municipal Prosecutor stating he, Andrew Garbe, represented the State*

*On or about March 3, 2011, Perpetrator presided over Complainant's indigency hearing. As stated in the record, originally an indigency was denied to complainant, for cited reason claimed $71 money order paid $69 fine and court cost. Claim of payment of $69 fine and court cost made by an unknown, unverified City of Austin Magistrate. After numerous affidavits contesting payment of fine and court cost, Austin Municipal Court granted Complainant indigency hearing. During Indigency hearing Aisha White, Austin*

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____                    _____          Notary Public Seal Below
Signature of Notary Public                 Signature of Michael Haendel

*Municipal Court Reporter did not provide to Perpetrator Complainant's financial records. In emails correspondence between Complainant and Aishia White, Aishia White stated she was instructed not to provide Complanant's financial records at the behest of Perpetrator. Perpetrator denied Complainant's motion of indigence.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

Heretofore, and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Sherry Statman** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC SERVANT, felony of the third degree, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant, 18 USC § 1622 - Subornation of perjury, against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

STATE OF TEXAS §
TRAVIS COUNTY §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582
SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017
NOTARY PUBLIC STATE OF TEXAS

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____ _____ Notary Public Seal Below
Signature of Notary Public Signature of Michael Haendel

# CRIMINAL AFFIDAVIT

IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Michael Pont | CITY OF AUSTIN POLICE OFFICER |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| June 17th, 2010 (1) | Austin Bergstrom Intl Arprt(1) | Austin Bergstrom. Intl Airport |
| August 16th, 2010 (2) | 3600 Presidential Drive | 3600 Presidential Drive |
| October 7th, 2010 (2) | Austin Texas | Austin, Texas |
| November 9th, 2010 (2) | | |
| December 10th, 2010 (2) | Austin Municipal Court (2) | Austin Police Dept. Hdqrtrs. |
| January 13th, 2011 (2) | 700 East Seventh Street | 715 East Eight Street |
| January 14th, 2011 (2) | Austin, Texas | Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED

7352321, 7407856, Michael Haendel, witness(es), video and audio recording, transcript

## AFFIDAVIT

In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Michael Pont, acting Austin Municipal Police Officer, hereinafter referenced "Assailant", on duty at Austin Bergstrom International Airport, hereinafter as referenced as "ABIA" on or about June 17th, 2010, in the early morning hours between the time period of 5 a.m. and 8 a.m. Assailant approached Complainant in the secondary screening area of ABIA, hereinafter referenced as SSA of ABIA. Assailant immediately demanded from Complainant to produce Complainant's driver license to Assailant. Complainant asked Assailant for his articulable reason for demanding Complainant's driver license. Assailant refused to respond to Complainant's question and demanded from Complainant to produce Complainant's driver license or Assailant would arrest complainant citing articulable reason as "Failure to ID". Complainant asked Assailant again for Assailant's articulable reason for demanding Complainant's driver license. Assailant arrested Complainant, and placed Complainant in hand cuffs. Assailant searched Complainant deeply into his front pants pockets, but did not find any confiscable possessions of Complainant. Assailant searched Complainant's rear pants pockets and retrieved Complainant's wallet. Assailant searched Complainant's wallet and after searching all material in wallet removed Complainant's driver license from rest of wallet and other identification documents. Assailant allowed National Transportation Safety Administration personnel search ALL possessions, including photographing Complainant's documents. Second Austin Police Officer, Adolf Metcalfe, hereinafter referenced as "Accomplice" met with Assailant. Accomplice instructed Assailant that "He's done nothing wrong, you can't charge him with anything, you have to let him go". Assailant issued to Complainant citation citing Austin Municipal Ordinance 13-1-83(s),*

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____                    _____                 Notary Public Seal Below
Signature of Notary Public                  Signature of Michael Haendel

*"Circumvention TSA Screening". On or about January 13, 2011, and January 14, at trial of Complainant, Assailant stated in open court, on the record, recorded by court reporter, that Assailant never witnessed Complainant committing crime, and arrested Complainant solely on the basis of the size of Complainant.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Michael Pont** with did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, Texas Penal Code - Section 37.10. Tampering With Governmental Record, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant, 18 USC § 1622 - Subornation of perjury, against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

STATE OF TEXAS §
TRAVIS COUNTY §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:
"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

> ROSA M MARTINEZ
> My Commission Expires
> March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____
Signature of Notary Public

Signature of Michael Haendel

Notary Public Seal Below

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Evelyn McKee | CITY OF AUSTIN PRESIDING JUDGE AND CEO |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| August 17th, 2010 (1) | the City of Austin (1) | the City of Austin |
| September 1st, 2010 (1) | Municipal Court | Municipal Court |
| September 2nd, 2010 (1) | 700 East Seventh Street | 700 East Seventh Street |
| September 4th, 2010 (1) | Austin, Texas | Austin, Texas |
| October 1st, 2010 (1) | | |
| October 7th, 2010 (1) | | |
| October 22nd, 2010 (1) | | |
| October 23rd, 2010 (1) | | |
| October 29th, 2010 (1) | | |
| November 5th, 2010 (1) | | |
| November 9th, 2010 (1) | | |
| December 10th, 2010 (1) | | |
| January 13th, 2011 (1) | | |
| January 14th, 2011 (1) | | |
| January 24th, 2011 (1) | | |
| January 26th, 2011 (1) | | |
| January 28th, 2011 (1) | | |
| March 3rd, 2011 (1) | | |
| January 13th, 2011 (1) | | |
| January 14th, 2011 (1) | | |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7352321, 7407856, C-1-CR-11-100017, 03-11-00340-CR, Michael Haendel, witness(es), video and audio recording, transcript

## AFFIDAVIT
In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Evelyn McKee, acting Austin Municipal Court Presiding Judge and Magistrate AND THE CITY OF AUSTIN MUNICIPAL COURT CEO, hereinafter referenced "Perpetrator "and directing supervisor to Sherry Statman, Austin Municipal Court Judge, Alfred Jenkins III Austin Municipal Magistrate, see other*

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____
Signature of Notary Public                Signature of Michael Haendel

Notary Public Seal Below

criminal affidavits respectively. On or about September 2nd, 2011, working in collusion with Matthew MaCabe, Austin Municipal Attorney, and Bianca Bentzin, Chief Austin Municipal Attorney, dismissed charges against Complainant, and formed new charges days BEFORE complaint had been filed, verified by certified Austin Municipal Court documents. The dismissal and creation of new charges, occurred two hours after Complainant filed "Second Motion for Sanctions" against Austin Municipal Attorney Andy Garbe, citing overt contempt to Kenneth Vituttci, Austin Municipal Magistrate's order to produce vial exculpatory evidence to Complainant, "All available audio and video recordings".

On or about October 1st 2010, within an hour of Complainant filing subpoena duces tucem, for Evelyn McKee, Bianca Bentzin, Matthew McCabe, Evelyn McKee, Bianca Bentzin, and Rebecca Stark, Austin Municipal Court Clerk, met to alter subpoena service to create plausible deniable excuse for not present at Complainant attempt at trial. Rebecca Stark provided HANDWRITTEN explanation of the meeting that occurred on or about October 1st, 2010, created on or about October 13th, 2010. On or about October 22 2010, Complainant filed affidavit containing Rebecca Stark handwritten document.

On or about October 23, 2010, in a coffee shop located in North Austin, on or about 3:30 – 4:00 pm, man in motorcycle helmet approached Complainant and spoke with knowledge of my charges from the City of Austin. Unknown man wanted Complainant to withdraw documents from case docket, where "Evelyn McKee (McGee) might find favor for my case". Man also told Complainant "We execute people in Texas with due process violations". On or about October 29 2010, another man approached Complainant and stated "You don't know the trouble you are causing Evelyn McGee ( McKee)". Complainant filed one document, an affidavit describing events mentioned in this paragraph. Complainant filed judicial complaint against Evelyn McKee, because Complainant had apprehension for his safety. At the behest of a "High ranking female judge in Austin Municipal Court", Patty Robinson, Assistant Chief Austin Police sent two officers to Complainant home, see certified Austin Press Release. Complainant discussed visit with one Austin Police Officer, Donnie Williamson, who stated "He could arrest anyone for POLITICAL THOUGHT".

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

Heretofore, and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Evelyn McKee** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC SERVANT, felony of the third degree, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code - Section 37.10. Tampering With Governmental Record, 18 USC § 35 - Imparting or conveying false information, 18 USC § 913 - Impersonator making arrest or search, 18 USC § 1509 - Obstruction of court orders, 18 USC § 3 - Accessory after the fact, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, Texas Civil Practice & Remedies Code - Chapter 73 Libel, and against the peace and dignity of the State.

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____                                               Notary Public Seal Below
Signature of Notary Public                    _____
                                              Signature of Michael Haendel

**JURAT OF MICHAEL HAENDEL**

STATE OF TEXAS        §
TRAVIS COUNTY        §

     Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

     "My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

_____

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952,
Austin, Texas 78703,
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on ___April 23___, 2013.

_____
Notary Public in and for The State of Texas



WILLIAM PAUL THOMPSON
My Commission Expires
October 17, 2015

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____        _____        Notary Public Seal Below
Signature of Notary Public                              Signature of Michael Haendel

# CRIMINAL AFFIDAVIT

IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Alfred Jenkins III | CITY OF AUSTIN MUNICIPAL JUDGE MAGISTRATE |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| July 16th, 2010 (1) December 10th, 2010 (1) | the City of Austin (1) Municipal Court 700 East Seventh Street Austin, Texas | the City of Austin Municipal Court 700 East Seventh Street Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7352321, 7407856, Michael Haendel, witness(es), video and audio recording, transcript

## AFFIDAVIT

In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Complainant had very little experience with legal procedures, and invited several friends to "Court Watch" his proceedings, and to provide measure of comfort from this experience. Complainant was sure video recorded evidence of event would prove Complainant not guilty of charges. One of the Complainant's witnesses did speak out of turn in the galley, however **Alfred Jenkins III, acting Austin Municipal Magistrate**, hereinafter referenced "Perpetrator" asked witness to refrain from interrupting, however never asked witness to leave court room. To witnesses' credit, no information was filed against Complainant, nor even complaint, opposing party, City of Austin Attorney, was not present. Complainant moved Perpetrator for court reporter, however Perpetrator insisted he would function as court reporter, and did not record many of Complainant's motions or arguments. Complainant moved for dismissal, however displaying bias, and without presence of opposing party, denied dismissal.*

*Perpetrator as acting as Austin Municipal Magistrate on July 16, 2010, during Complainant Arraignment, in front of witnesses, did threaten Complainant, by stating he would "Shove it down your (Complainant's) throat ", in reference to court order moving Complainant proceedings to Pre-Trial Hearing.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Alfred Jenkins III** with did then and there unlawfully and willfully violation Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony Section 32.48

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

Notary Public Seal Below

_____
Signature of Notary Public

_____
Signature of Michael Haendel

- SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code - Section 37.10. Tampering With Governmental Record, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 35 - Imparting or conveying false information, 18 USC § 913 - Impersonator making arrest or search, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, or an informant 18 USC § 1509 - Obstruction of court orders, 18 USC § 3 - Accessory after the fact, 18 USC § 1622 - Subornation of perjury, against the peace and dignity of the State.

---

**JURAT OF MICHAEL HAENDEL**

STATE OF TEXAS                    §
TRAVIS COUNTY                   §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."



Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____                                          Notary Public Seal Below
Signature of Notary Public            Signature of Michael Haendel

y2013m04d23_FedCrimAff_AMC_Jenkins_USDC                                    Page 2 of 2

**CRIMINAL AFFIDAVIT**
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| **SUBJECT OF CRIMINAL AFFIDAVIT** | **OFFICIAL CAPACITY** | |
|---|---|---|
| Aisha White | CITY OF AUSTIN MUNICIPAL COURT REPORTER | |

| **NAME OF JUDGE OR MAGISTRATE** | **OFFICIAL TITLE** | **LOCATION** |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| **DATE OF OFFENSE(S)** | **PLACE OF OFFENSE** | **ADDRESS OF ACCUSED** |
|---|---|---|
| March 3rd, 2011 (1) | the City of Austin (1) Municipal Court 700 East Seventh Street Austin, Texas | the City of Austin Municipal Court 700 East Seventh Street Austin, Texas |

**BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED**
7407856, C-1-CR-11-100017, Michael Haendel, witness(es), video and audio recording, transcript

**AFFIDAVIT**
  In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:
  *On or about March 3, 2011, **Aisha White, Austin Municipal Court Reporter,** hereinafter referenced "Accomplice" presided over Complainant's indigency hearing. As stated in the record, originally an indigency was denied to complainant, for cited reason claimed $71 money order paid $69 fine and court cost. Claim of payment of $69 fine and court cost made by an unknown, unverified City of Austin Magistrate. After numerous affidavits contesting payment of fine and court cost, Austin Municipal Court granted Complainant indigency hearing. During Indigency hearing Aisha White, Austin Municipal Court Reporter did not provide to Accomplice Complainant's financial records. In emails correspondence between Complainant and Aishia White, Aishia White stated she was instructed not to provide Complainant's financial records at the behest of Accomplice. Accomplice denied Complainant's motion of indigence.*

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS**
  Heretofore, and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Aisha White** with by secreting from prosecution, did then and there unlawfully and willfully violation of Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS a class A misdemeanor, Texas Penal Code - Section 37.10. Tampering With Governmental Record, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant against the peace and dignity of the State.

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____        Notary Public Seal Below
Signature of Notary Public      Signature of Michael Haendel

**JURAT OF MICHAEL HAENDEL**

STATE OF TEXAS            §
TRAVIS COUNTY             §

    Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

    "My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."



Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on _April 22nd_, 2013.


Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____          _____          Notary Public Seal Below
Signature of Notary Public          Signature of Michael Haendel

# CRIMINAL AFFIDAVIT

IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants.* | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Bianca Bentzin | CITY OF AUSTIN LEAD ATTORNEY |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| August 17th, 2010 (1) | the City of Austin (1) | the City of Austin |
| September 1st, 2010 (1) | Municipal Court | Municipal Court |
| September 2nd, 2010 (1) | 700 East Seventh Street | 700 East Seventh Street |
| September 4th, 2010 (1) | Austin, Texas | Austin, Texas |
| October 1st, 2010 (1) | | |
| October 7th, 2010 (1) | | |
| October 22nd, 2010 (1) | | |
| October 23rd, 2010 (1) | | |
| October 29th, 2010 (1) | | |
| November 5th, 2010 (1) | | |
| November 9th, 2010 (1) | | |
| December 10th, 2010 (1) | | |
| January 13th, 2011 (1) | | |
| January 14th, 2011 (1) | | |
| January 24th, 2011 (1) | | |
| January 26th, 2011 (1) | | |
| January 28th, 2011 (1) | | |
| March 3rd, 2011 (1) | | |
| January 13th, 2011 (1) | | |
| January 14th, 2011 (1) | | |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7352321, 7407856, Michael Haendel, witness(es), video and audio recording, transcripts

## AFFIDAVIT
In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

    ***Bianca Bentzin, acting Austin Municipal Lead Prosecutor,*** *supervisor of Jackie Gerban, Andrew Garbe, Matthew McCabe and has directed the action of Gerban, Garbe, McCabe, and herself met with Evelyn McKee, Rebecca Stark October 1st 2010, to modify The City of Austin Municipal Court subpoena service process to avoid her service to Michael Haendel attempt at trial, as well as aiding and abetting Evelyn McKee and Matthew McCabe from subpoena service, hereinafter Bianca Bentzin referenced*

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____
Signature of Notary Public

Signature of Michael Haendel

Notary Public Seal Below

*"Accomplice" on or about January 13th, and January 14th, 2011. Accomplice witnessed video recording of Michael Pont, as acting as Austin Municipal Police Officer, hereinafter referenced as "Assailant", on duty at Austin Bergstrom International Airport, hereinafter as referenced as "ABIA" on or about June 17th, 2010, in the early morning hours between the time period of 5 a.m. and 8 a.m. In video recording, Assailant approached Complainant in the secondary screening area of ABIA, hereinafter referenced as SSA of ABIA. In video recording Assailant can be seen, arresting, placed in hand cuffs, searched Complainant's person, without any probable cause. November 9th, 2010, Jackie Gerban stated, audio recorded, in front of witnesses, that "We don't think he (Complainant) committed assault. We don't think he assaulted anyone." A witness to this statement asked her "but you are charging him (Complainant) with assault.". Jackie Gerban announced in open court she represents the State, and actively refused to comply with court order issued from The City of Austin Magistrate Kenneth Vitucci, for the production of "All Available Audio and Video Records", pursuant to events June 17th, 2010 involving Michael Haendel,*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

Heretofore, and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Bianca Bentzin** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC SERVANT, felony of the third degree, Texas Penal Code - Section 37.10. Tampering With Governmental Record, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, 18 USC § 35 - Imparting or conveying false information, 18 USC § 913 - Impersonator making arrest or search, 18 USC § 1509 - Obstruction of court orders, 18 USC § 3 - Accessory after the fact, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders and against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

STATE OF TEXAS          §
TRAVIS COUNTY          §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952, Austin, Texas 78703, (321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

Notary Public in and for The State of ~~Texas~~

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____                    _____          Notary Public Seal Below
Signature of Notary Public                    Signature of Michael Haendel

**CRIMINAL AFFIDAVIT**
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Jackie Gerban | CITY OF AUSTIN ATTORNEY |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| October 7th, 2010 (1) November 9th, 2010 (1) | the City of Austin (1) Municipal Court 700 East Seventh Street Austin, Texas | the City of Austin Municipal Court 700 East Seventh Street Austin, Texas |

**BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED**
7407856, Michael Haendel, witness(es), video and audio recording, transcript

**AFFIDAVIT**

In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Jackie Gerban, acting Austin Attorney, hereinafter referenced "Accomplice" on or about October 7th, 2010, November 9th, 2010, 13th, and January 14th, 2011, declared herself as the "State", and is not a Texas County or District Attorney, in claimed criminal prosecution against Complainant.. Accomplice witnessed video recording of Michael Pont, as acting as Austin Municipal Police Officer, hereinafter referenced as "Assailant", on duty at Austin Bergstrom International Airport, hereinafter as referenced as "ABIA" on or about June 17th, 2010, in the early morning hours between the time period of 5 a.m. and 8 a.m. In video recording, Assailant approached Complainant in the secondary screening area of ABIA, hereinafter referenced as SSA of ABIA. In video recording Assailant can be seen, arresting, placed in hand cuffs, searched Complainant's person, without any probable cause. November 9th, 2010, Jackie Gerban stated, audio recorded, in front of witnesses, that "We don't think he (Complainant) committed assault. We don't think he assaulted anyone." A witness to this statement asked her "but you are charging him (Complainant) with assault.". Jackie Gerban announced in open court she represents the State,*

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS**

Heretofore, and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Jackie Gerban** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____          _____          Notary Public Seal Below
Signature of Notary Public          Signature of Michael Haendel

SERVANT, felony of the third degree, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, 18 USC § 35 - Imparting or conveying false information, 18 USC § 913 - Impersonator making arrest or search, 18 USC § 1509 - Obstruction of court orders, 18 USC § 3 - Accessory after the fact, 18 USC § 1622 - Subornation of perjury, and against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

STATE OF TEXAS §
TRAVIS COUNTY §

    Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

    "My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582
SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____          _____          Notary Public Seal Below
Signature of Notary Public          Signature of Michael Haendel

y2013m04d23_FedCrimAff_AMC Gerban_USDC                                      Page 2 of 2

**CRIMINAL AFFIDAVIT**
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Matthew McCabe | CITY OF AUSTIN ATTORNEY |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| August 17th, 2010 September 2nd, 2010 | the City of Austin (1) Municipal Court 700 East Seventh Street Austin, Texas | the City of Austin Municipal Court 700 East Seventh Street Austin, Texas |

**BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED**
7352321, Michael Haendel, witness(es), video and audio recording, transcript

**AFFIDAVIT**
    In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:
    *Matthew McCabe, acting Austin Municipal Attorney, hereinafter referenced "Perpetrator", on or about August 17th, 2010, in open court, in front of witnesses, produced to Complainant, dated 10 days earlier than when submitted to Complainant, day of Pre-Trial Hearing. Perpetrator claimed to prosecute in the name of the "State", and is not a Texas County or District Attorney, in a claimed criminal prosecution against Complainant. In open court, Matthew McCabe stated he gave complaint to Complainant 10 days earlier, and attempted to falsify the court record.*
    *On or about September 2nd, 2011, working in collusion with Matthew MaCabe, Austin Municipal Attorney, and Bianca Bentzin, Chief Austin Municipal Attorney, dismissed charges against Complainant, and formed new charges days BEFORE complaint had been filed, verified by certified Austin Municipal Court documents. The dismissal and creation of new charges, occurred two hours after Complainant filed "Second Motion for Sanctions" against Austin Municipal Attorney Andy Garbe, citing overt contempt to Kenneth Vituttci, Austin Municipal Magistrate's order to produce to Complainant "All available audio and video recordings".*

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS**
    Heretofore, and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Matthew McCabe** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04.

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____
Signature of Notary Public

*[signature]*
Signature of Michael Haendel

Notary Public Seal Below

AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC SERVANT, felony of the third degree, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony, Texas Penal Code - Section 37.10. Tampering With Governmental Record, state jail felony, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 35 - Imparting or conveying false information, 18 USC § 913 - Impersonator making arrest or search, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, or an informant 18 USC § 1509 - Obstruction of court orders, 18 USC § 3 - Accessory after the fact, 18 USC § 1622 - Subornation of perjury, against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

| STATE OF TEXAS | § |
| TRAVIS COUNTY | § |

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."



Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

Notary Public Seal Below

Signature of Notary Public                    Signature of Michael Haendel

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Andrew Garbe | CITY OF AUSTIN ATTORNEY |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| September 2th, 2010 (2) | the City of Austin (1) | the City of Austin (2) |
| December 13th, 2010 (1) | Municipal Court | Prosecutors Office |
| January 13th, 2011 (1) | 700 East Seventh Street | 301 West Second Street |
| January 13th, 2011 (1) | Austin, Texas | Austin, Texas |
| March 3rd 2011 (1) | | |
| | The City of Austin(2) Prosecutors Office 301 West Second Street Austin, Texas | |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7352321, 7407856, Michael Haendel, witness(es), video and audio recording, transcript

## AFFIDAVIT

In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Andrew Garbe, acting the City of Austin Attorney, hereinafter referenced "Accomplice", prosecuted complainant in the name of the "State", on or about December 13th, 2010, January 13th, 2011, and January 14th, 2011. Accomplice is not a Texas County Attorney, and is not a Texas District Attorney, in a claimed criminal prosecution against Accomplice. Accomplice witnessed video tape of Michael Pont, as acting as Austin Municipal Police officer, hereinafter referenced as "Assailant", was on duty at Austin Bergstrom International Airport, hereinafter as referenced as "ABIA" on or about June 17th, 2010, in the early morning hours between the time period of 5 a.m. and 8 a.m. Assailant approached Complainant in the secondary screening area of ABIA, hereinafter referenced as SSA of ABIA. Assailant testified, on the witness stand, with his statements being recorded by court reporter, Aisha White, and being witnessed by Accomplice. Assailant testified, sweating and shaking, he arrested, placed in hand cuffs, searched Complainant's person, based solely upon size of Complainant. Accomplice viewed video recording displaying Assailant being arresting, placed in hand cuffs, searched Complainant's person, without any probable cause*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____     _____          Notary Public Seal Below
Signature of Notary Public                Signature of Michael Haendel

Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Andrew Garbe** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC SERVANT, felony of the third degree Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code - Section 37.10. Tampering With Governmental Record, class A misdemeanor, 18 USC § 35 - Imparting or conveying false information, 18 USC § 913 - Impersonator making arrest or search, 18 USC § 1509 - Obstruction of court orders, 18 USC § 3 - Accessory after the fact against the peace, 18 USC § 1622 - Subornation of perjury, and dignity of the State.

---

**JURAT OF MICHAEL HAENDEL**

| | |
|---|---|
| STATE OF TEXAS | § |
| TRAVIS COUNTY | § |

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

4/22/13

WILLIAM PAUL THOMPSON
My Commission Expires
October 17, 2015

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

Signature of Notary Public                    Signature of Michael Haendel

Notary Public Seal Below

# CRIMINAL AFFIDAVIT

IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| **SUBJECT OF CRIMINAL AFFIDAVIT** | **OFFICIAL CAPACITY** |
|---|---|
| Jessie Corban | CITY OF AUSTIN MUNICIPAL COURT REPORTER |

| **NAME OF JUDGE OR MAGISTRATE** | **OFFICIAL TITLE** | **LOCATION** |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| **DATE OF OFFENSE(S)** | **PLACE OF OFFENSE** | **ADDRESS OF ACCUSED** |
|---|---|---|
| August 17th, 2010 (1) October 7th, 2010 (1) November 9th, 2010 (1) December 10th, 2010 (1) January 13th, 2010 (1) January 14th, 2010 (1) | the City of Austin (1) Municipal Court 700 East Seventh Street Austin, Texas | the City of Austin Municipal Court 700 East Seventh Street Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED

7352321, 7407856, C-1-CR-11-100017, Michael Haendel, Witness(es), video and audio recording, transcript

## AFFIDAVIT

In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*On or about August 16, 2010, [female]Jessie Corbin, Austin Municipal Court Reporter, hereinafter referenced "Accomplice" presided over Michael Haendel's Pre- Trial Hearing, The City of Austin Municipal Court Magistrate Kenneth Vituchi, presiding while Michael Haendel cross examined The City of Austin Police Officer Adolf Metcalfe, was asked if [Metcalfe] stated to The City of Austin Police Officer Michael Pont,[after arrest and while Michael Haendel is in handcuffs] "He's done nothing wrong, you can't charge him with anything, you have to let him go.", where immediately after Metcalfe pleaded with Vitutcci if he [Metcalfe] had to answer that question, where Vituccci put his face in his hands, and instructed Metcalfe, "Yes, answer the question" and Accomplice [Corbin] had selective hearing, and would not record this interaction, but is recorded on her Olympus Audio Recorder.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

Heretofore, and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Jessie Corbin** with by secreting from prosecution, did then and there unlawfully and willfully violation of Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS a class A misdemeanor, Texas Penal Code - Section 37.10. Tampering With Governmental Record, class A misdemeanor, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____
Signature of Notary Public

_____
Signature of Michael Haendel

Notary Public Seal Below

constituting crimes or an informant against the peace and dignity of the State.

**JURAT OF MICHAEL HAENDEL**

| STATE OF TEXAS | § |
|---|---|
| TRAVIS COUNTY | § |

     Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."



Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

> NOTARY PUBLIC
> **ROSA M MARTINEZ**
> My Commission Expires
> March 12, 2017
> STATE OF TEXAS

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

Notary Public Seal Below

Signature of Notary Public       Signature of Michael Haendel

**CRIMINAL AFFIDAVIT**
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendant*s. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Patty Robinson | CITY OF AUSTIN ASSISTANT CHIEF POLICE |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| October 23rd, 2010 (1) | Epoch Coffee Shop(1) | Austin Police Dept Hdqtrs (3) |
| October 29th, 2010 (1) | 221 North Loop | 715 West Eight Street |
| November 8th, 2010 (3) | Austin, Texas | Austin, Texas |
| November 9th, 2010 (2) | | |
| November ~23nd, 2010 (1) | 7907 Whitsun Drive(2) | |
| December 12th 2010(1) | Austin, Texas | |

**BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED**
7352321, 7407856, C-1-CR-11-100017, Michael Haendel, witness(es), APD Donnie Williamson, APD Michael Turner, APD Jane Doe, APD John Doe, video and audio recording, transcript

**AFFIDAVIT**
  In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:
  *Patty Robinson, acting Austin Municipal Assistance Chief of Police, hereinafter referenced "Perpetrator" did order or have effect of order Austin Police Officer Donnie Williamson, to confront Complainant about affidavit Complainant filed in Austin Municipal Court November 1, 2010. Certified Austin Press Release indicates Complainant was to be confronted at 3 am November 9th, 2010, day of scheduled trial, based solely upon Affidavit filed November 1st, 2010. Affidavit describes two approaches by One, October 23, 2010 at coffee shop – helmet wearing man wanting Complainant to retract documents filed in Austin Municipal Court favor to Evelyn McKee, Austin Municipal Court Presiding Judge. Affidavit describes second approach, October 29th, 2010, at coffee shop, by man associated with four woman to retract documents filed into Austin Municipal Court for the reason of "Harm caused to Evelyn McKee" by Complainant's filings.*
  *Austin Police Officer Donnie Williamson stated on audio recording, transcribed and filed into Austin Municipal Court, he could "Arrest you (Complainant) for political thought" Documents filed into Austin Municipal Court from Complainant, documents Evelyn McKee, Bianca Bentzin, Rebecca Stark subversion of justice as stated in Complainant's document filed one day before out of court harassment, October 22, 2011. Contact from Austin Municipal Police Officer Donnie Williamson occurred one day after Complainant filed Judicial Complaint against Evelyn McKee. On audio recording, Patty Robinson admitted to initiating proceeding of tampering and harassment of witness at the behest of "High Ranking Female*

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____                  Notary Public Seal Below
Signature of Notary Public     Signature of Michael Haendel

*Municipal Court Judge". Perpetrator is supervisor of Austin Police Officer Michael Pont.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Patty Robinson** with did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 35 - Imparting or conveying false information, 18 USC § 913 - Impersonator making arrest or search, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, or an informant, 18 USC § 3 - Accessory after the fact, 18 USC § 912 - Officer or employee of the United States, 18 USC § 1018 - Official certificates or writings, 18 USC § 1035 - False statements relating to health care matters, against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

STATE OF TEXAS      §
TRAVIS COUNTY      §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____          Notary Public Seal Below
Signature of Notary Public     Signature of Michael Haendel

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY | |
|---|---|---|
| Adolf Metcalfe | CITY OF AUSTIN POLICE OFFICER | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court<br>509 West Fifth St.<br>Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| June 17th, 2010 (1)<br>August 16th, 2010 (2)<br>October 7th, 2010 (2)<br>November 9th, 2010 (2)<br>December 10th, 2010 (2)<br>January 13th, 2011 (2)<br>January 14th, 2011 (2) | Austin Bergstrom(1)<br>International Airport<br><br>the City of Austin(2)<br>Municipal Court<br>700 East Seventh<br>Austin, Texas | 3600 Presidential Blvd.<br>Austin, Texas<br><br>Austin Police Dept. Hdqrts.<br>715 East Seventh Street<br>Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7352321, 7407856, C-1-CR-11-100017, Michael Haendel, witness(es), video and audio recording, transcript

## AFFIDAVIT
    In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

    *Adolf Metcalfe, acting Austin Municipal Police Officer, hereinafter referenced "Acomplice", on duty at Austin Bergstrom International Airport, hereinafter as referenced as "ABIA" on or about June 17th, 2010, in the early morning hours between the time period of 5 a.m. and 8 a.m. Acomplice approached Michael Haendel, in hand cuffs in the secondary screening area of ABIA, hereinafter referenced as SSA of ABIA. Acomplice is supervisor to Michael Metcalfe "He's done nothing wrong, you can't charge him with anything, you have to let him go". Assailant issued to Complainant citation citing Austin Municipal Ordinance 13-1-83(s), "Circumvention TSA Screening". On or about January 13, 2011, and January 14, at trial of Complainant, Assailant stated in open court, on the record, recorded by court reporter, that Assailant never witnessed Complainant committing crime, and arrested Complainant solely on the basis of the size of Complainant.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS
    Heretofore and before the making and filing of this affidavit, on or before the 22nd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Adolf Metcalfe** with did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____
Signature of Notary Public

*[signature]*
Signature of Michael Haendel

Notary Public Seal Below

misdemeanor, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant against the peace and dignity of the State.

**JURAT OF MICHAEL HAENDEL**

STATE OF TEXAS                    §
TRAVIS COUNTY                     §

     Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

     "My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

_____

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

_____

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____                          Notary Public Seal Below
Signature of Notary Public          Signature of Michael Haendel

y2013m04d23_FedCrimAff_APD_Metcalfe_USDC                    Page 2 of 2

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Donnie Williamson | CITY OF AUSTIN POLICE OFFICER |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| November 3rd, 2010(tel) | Complainant Home (1) | Austin Police Dept. Hdqrtrs. |
| November 5th, 2010 (tel) | 7907 Whitsun Drive | 715 East Eight Street |
| November 7th, 2010 (tel) | Austin, Texas | Austin, Texas |
| November 9th, 2010 (1) | | |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7407856, Michael Haendel, Other Renter, Business Card, witness(es), Certified Austin Police Press Release, audio recording, transcript

## AFFIDAVIT
In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Donnie Williamson, acting Austin Municipal Police, hereinafter referenced "Investigator" intended to confront Michael Haendel about affidavit Complainant filed in Austin Municipal Court November 1, 2010. Certified Austin Press Release indicates Complainant was to be confronted at 3 am November 9th, 2010, day of scheduled trial, based solely upon Affidavit filed November 1st, 2010. Affidavit describes two approaches by One, October 23, 2010 at coffee shop – helmet wearing man wanting Complainant to retract documents filed in Austin Municipal Court favor to Evelyn McKee, Austin Municipal Court Presiding Judge. Affidavit describes second approach, October 29th, 2010, at coffee shop, by man associated with four woman to retract documents filed into Austin Municipal Court for the reason of "Harm caused to Evelyn McKee" by Complainant's filings.*

*Austin Police Officer Donnie Williamson stated on audio recording, transcribed and filed into Austin Municipal Court, he could "Arrest you (Complainant) for political thought" Documents filed into Austin Municipal Court from Complainant, documents Evelyn McKee, Bianca Bentzin, Rebecca Stark subversion of justice as stated in Complainant's document filed one day before out of court harassment, October 22, 2011. Contact from Austin Municpal Police Officer Donnie Williamson occurred one day after Complainant filed Judicial Complaint against Evelyn McKee. On audio recording, Patty Robinson admitted to initiating proceeding of tampering and harassment of witness at the behest of "High Ranking Female Municipal Court Judge". Perpetrator is supervisor of Austin Police Officer Michael Pont.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS
Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April,

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____         _____         Notary Public Seal Below
Signature of Notary Public                        Signature of Michael Haendel

2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Donnie Williamson** with did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 35 - Imparting or conveying false information, 18 USC § 913 - Impersonator making arrest or search, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, or an informant, 18 USC § 3 - Accessory after the fact, 18 USC § 912 - Officer or employee of the United States, 18 USC § 1018 - Official certificates or writings, 18 USC § 1035 - False statements relating to health care matters, against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

STATE OF TEXAS §
TRAVIS COUNTY §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on _April 22nd_, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

Notary Public Seal Below

Signature of Notary Public                    Signature of Michael Haendel

# CRIMINAL AFFIDAVIT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY | |
|---|---|---|
| J. Woodfin Jones | THIRD COURT OF APPEALS CHIEF JUSTICE | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| August 8 2012 (1) | Daniel Price Building (1) | Daniel Price Building |
| August 20, 2012 (1) | 205 West 14th Street | 205 West 14th Street |
| December 3, 2012 (1) | Austin, Texas | Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED

7407856, C-1-CR-11-100017, 03-11-00340-CR, Michael Haendel, witness(es), Business Card, Certified Austin Police Press Release, audio recording, transcript

## AFFIDAVIT

In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*J. Woodfin Jones, acting Third Court of Appeals, Chief Justice, hereinafter referenced "Accomplice" on or about August 8th, 2012 did secret, and continues to secret from prosecution Michael Pont, as acting as Austin Municipal Police Officer, Sherry Statman, Austin Municipal Court Judge and Magistrate, Andrew Garbe, Austin Municipal Prosecutor, Jackie Gerban, Austin Municipal Prosecutor, Patty Robinson, Assistant Chief of Police, see criminal affidavits from Complainant against above listed Austin Municipal employees. Accomplice further compounds his violations of Texas Penal Code by ruling Complainant paid fine and court cost of $69, even confronted with evidence of money order amount of $71, and numerous, verified statements of Complainant intended and did pay Appeal Bond. Accomplice did also state for the record that Complainant did not object to unverified, unknown, City of Austin Municipal Court Clerk statement Complainant did not object to statement of payment of fine and court cost. Over an inch thick stack of documents are filed into the record Complainant's objection unverified, unknown, City of Austin Municipal Court Clerk statement Complainant paid fine and court cost. Complainant states he paid, and intended to pay Appeal Bond, as witnessed by the $71 money order, and the Appeal Bond amount of $71.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS

Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **J. Woodfin Jones** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____
Signature of Notary Public

_____
Signature of Michael Haendel

Notary Public Seal Below

SERVANT, felony of the third degree, Texas, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1512 - Tampering with a witness, victim, or an informant, Texas Penal Code - Section 37.10. Tampering With Governmental Record, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant against the peace and dignity of the State.

---

## JURAT OF MICHAEL HAENDEL

STATE OF TEXAS       §
TRAVIS COUNTY       §

      Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

      "My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

_____
Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.


_____
Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____              _____              Notary Public Seal Below
Signature of Notary Public                 Signature of Michael Haendel

y2013m04d23_FedCrimAff_TCA_Jones_USDC            Page 2 of 2

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY | |
|---|---|---|
| Diane Henson | Third Court of Appeals Justice | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court<br>509 West Fifth St.<br>Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| August 8 2012 (1)<br>August 20, 2012 (1)<br>December 3, 2012 (1) | Daniel Price Building (1)<br>205 West 14th Street<br>Austin, Texas | Daniel Price Building<br>205 West 14th Street<br>Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7407856, C-1-CR-11-100017, 03-11-00340-CR, Michael Haendel, witness(es), Business Card, Certified
Austin Police Press Release, audio recording, transcript

## AFFIDAVIT
In the name and by authority of The United States, and The State of Texas, I, Michael Haendel,
hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I
have good reason to believe and do believe based upon the following information:

*Diane Henson, acting Third Court of Appeals, Justice, hereinafter referenced "Accomplice" on or
about August 8th, 2012 did secret, and continues to secret from prosecution Michael Pont, as acting as
Austin Municipal Police Officer, Sherry Statman, Austin Municipal Court Judge and Magistrate, Andrew
Garbe, Austin Municipal Prosecutor, Jackie Gerban, Austin Municipal Prosecutor, Patty Robinson Austin
Municipal Assistance Chief of Police, see criminal affidavits from Complainant against above listed Austin
Municipal employees. Accomplice further compounds his violations of Texas Penal Code by ruling
Complainant paid fine and court cost of $69, even confronted with evidence of money order amount of $71,
and numerous, verified statements of Complainant intended and did pay Appeal Bond. Accomplice did also
state for the record that Complainant did not object to unverified, unknown, City of Austin Municipal Court
Clerk statement Complainant did not object to statement of payment of fine and court cost. Over an inch
thick stack of documents are filed into the record Complainant's objection unverified, unknown, City of
Austin Municipal Court Clerk statement Complainant paid fine and court cost. Complainant states he paid,
and intended to pay Appeal Bond, as witnessed by the $71 money order, and the Appeal Bond amount of
$71.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS
Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April,
2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western
District of Texas, Austin Division, and in The United States District Court for The, Western District of
Texas, Austin Division, **Diane Henson** with one degree less that criminal offenses by secreting from
prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02.

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____          _____          Notary Public Seal Below
Signature of Notary Public                Signature of Michael Haendel

AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC SERVANT, felony of the third degree, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, Texas Penal Code - Section 37.10. Tampering With Governmental Record, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant, against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

| STATE OF TEXAS | § |
| TRAVIS COUNTY | § |

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."



Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

Notary Public Seal Below

Signature of Notary Public          Signature of Michael Haendel

y2013m04d23_FedCrimAff_TCA_Hensonn_USDC          Page 2 of 2

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Robert Pemberton | THIRD COURT OF APPEALS JUSTICE |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| August 8 2012 (1) | Daniel Price Building (1) | Daniel Price Building |
| August 20, 2012 (1) | 205 West 14th Street | 205 West 14th Street |
| December 3, 2012 (1) | Austin, Texas | Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7407856, C-1-CR-11-100017, 03-11-00340-CR, Michael Haendel, wtiness(es), Business Card, Certified Austin Police Press Release, audio recording, transcript

## AFFIDAVIT
In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Robert Pemberton, acting Third Court of Appeals, Justice, hereinafter referenced "Accomplice" on or about August 8th, 2012 did secret, and continues to secret from prosecution Michael Pont, as acting as Austin Municipal Police Officer, Sherry Statman, Austin Municipal Court Judge and Magistrate, Andrew Garbe, Austin Municipal Prosecutor, Jackie Gerban, Austin Municipal Prosecutor, Patty Robinson, Assistant Chief of Police, see criminal affidavits from Complainant against above listed Austin Municipal employees. Accomplice further compounds his violations of Texas Penal Code by ruling Complainant paid fine and court cost of $69, even confronted with evidence of money order amount of $71, and numerous, verified statements of Complainant intended and did pay Appeal Bond. Accomplice did also state for the record that Complainant did not object to unverified, unknown, City of Austin Municipal Court Clerk statement Complainant did not object to statement of payment of fine and court cost. Over an inch thick stack of documents are filed into the record Complainant's objection unverified, unknown, City of Austin Municipal Court Clerk statement Complainant paid fine and court cost. Complainant states he paid, and intended to pay Appeal Bond, as witnessed by the $71 money order, and the Appeal Bond amount of $71.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS
Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **Robert Pemberton** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11.

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____         _____         Notary Public Seal Below
Signature of Notary Public              Signature of Michael Haendel

IMPERSONATING PUBLIC SERVANT, felony of the third degree, Texas, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1512 - Tampering with a witness, victim, or an informant, Texas Penal Code - Section 37.10. Tampering With Governmental Record, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant, against the peace and dignity of the State.

---

**JURAT OF MICHAEL HAENDEL**

| STATE OF TEXAS | § |
| TRAVIS COUNTY | § |

      Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

      "My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

---

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

                                                  Notary Public Seal Below

Signature of Notary Public         Signature of Michael Haendel

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| John David Philips | TRAVIS COUNTY MAGISTRATE |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| April 11th, 2011 (2) April 13th, 2011(1) | Blackwell Thurman Bldg (1) Travis Court at Law One J. David Philips Clerk Office 509 West Eleventh Street Austin, Texas | Blackwell Thurman Bldg (2) Travis Court at Law One J. David Philips Chambers 509 West Eleventh Street, Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7407856, C-1-CR-11-100017, Michael Haendel, wtiness(es), video and audio recording, transcript

## AFFIDAVIT
　　In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

　　*John David Philips, acting as Travis County Magistrate, hereinafter referenced "Accomplice" on or about April 11th, 2011, did secret, and continues to secret from prosecution Michael Pont, as acting as Austin Municipal Police Officer, Sherry Statman, Austin Municipal Court Judge and Magistrate, Andrew Garbe, Austin Municipal Prosecutor, Jackie Gerban, Austin Municipal Prosecutor, Patty Robinson, Austin Municipal Assistant Chief of Police, see criminal affidavits from Complainant against above listed Austin Municipal employees. Accomplice further compounds his violations of Texas Penal Code by ruling Complainant paid fine and court cost of $69, even confronted with evidence of money order amount of $71, and numerous, verified statements of Complainant intended and did pay Appeal Bond.*

　　*On or about April 13th, 2011, Complainant and witness, while using functioning, recording, audio recorder requested from Accomplice clerk copy of Accomplice Oath of Offices and Bond. From testimony of Accomplice clerk, and Travis County Sheriff deputies, Complainant was arrested on the claim of not exiting when directed from John David Phillips clerk office. Audio recording, and filed transcript clearly shows Complainant was never asked to leave Accomplice clerk office, and upon later verification, John David Philips has not attested to oath of office compliant with 4 USC § 104.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS
　　Heretofore, and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, **John David Philips** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04.

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____
Signature of Notary Public

_____
Signature of Michael Haendel

Notary Public Seal Below

AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37.11. IMPERSONATING PUBLIC SERVANT, felony of the third degree, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony, Texas Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS class A misdemeanor, Texas Penal Code 37.02 PERJURY, class A misdemeanor, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1512 - Tampering with a witness, victim, or an informant, Texas Penal Code - Section 37.10. Tampering With Governmental Record, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant, 18 USC § 1622 - Subornation of perjury, against the peace and dignity of the State, and the United States.

---

**JURAT OF MICHAEL HAENDEL**
STATE OF TEXAS               §
TRAVIS COUNTY                §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on _April 22nd_, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.
                                                                    Notary Public Seal Below
_____         _____
Signature of Notary Public         Signature of Michael Haendel

y2013m04d23_FedCrimAff_TCC_Philips_USDC                    Page 2 of 2

# CRIMINAL AFFIDAVIT
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants.* | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Sharon Keller | TEXAS COURT CRIMINAL APPEALS CHIEF JUSTICE |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| October 12 2012 (1) | Thomas C. Clark Building (1) | Thomas C. Clark Building |
| October 23, 2012 (1) | 205 West 14th Street | 205 West 14th Street |
| October 24, 2012 (1) | Austin, Texas | Austin, Texas |

## BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED
7407856, C-1-CR-11-100017, 03-11-00340-CR, Michael Haendel, witness(es), Business Card, Certified Austin Police Press Release, audio recording, transcript

## AFFIDAVIT
In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:

*Sharon Keller, acting Texas Court Criminal Appeals, Chief Justice, hereinafter referenced "Accomplice" on or about November 7th, 2012 did secret, and continues to secret from prosecution Michael Pont, as acting as Austin Municipal Police Officer, Sherry Statman, Austin Municipal Court Judge and Magistrate, Andrew Garbe, Austin Municipal Prosecutor, Jackie Gerban, Austin Municipal Prosecutor, Patty Robinson, Assistant Chief of Police, J Woodfin Jones, Chief Justice Third Court of Appeals, Robert Pemberton, Justice Third Court of Appeals, Diane Henson Justice Third Court of Appeals see criminal affidavits from Complainant against above listed Austin Municipal employees. Accomplice further compounds his violations of Texas Penal Code by ruling Complainant paid fine and court cost of $69, even confronted with evidence of money order amount of $71, and numerous, verified statements of Complainant intended and did pay Appeal Bond. Accomplice did also state for the record that Complainant did not object to unverified, unknown, City of Austin Municipal Court Clerk statement Complainant did not object to statement of payment of fine and court cost. Over an inch thick stack of documents are filed into the record Complainant's objection unverified, unknown, City of Austin Municipal Court Clerk statement Complainant paid fine and court cost. Complainant states he paid, and intended to pay Appeal Bond, as witnessed by the $71 money order, and the Appeal Bond amount of $71.*

## COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS
Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April, 2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, and in The United States District Court for The, Western District of Texas, Austin Division, **Sharon Keller** with one degree less that criminal offenses by secreting from

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

Notary Public Seal Below

Signature of Notary Public       Signature of Michael Haendel

prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37, Texas, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, Texas Penal Code - Section 37.10. Tampering With Governmental Record, 18 USC § 1510 - Obstruction of criminal investigations, 18 USC § 1511 - Obstruction of State or local law enforcement, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant against the peace and dignity of the State.

## JURAT OF MICHAEL HAENDEL

STATE OF TEXAS             §
TRAVIS COUNTY             §

Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

Signature in red ink of Michael Haendel across United State Postage Service Stamp
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on *April 22nd*, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____                _____                Notary Public Seal Below
Signature of Notary Public              Signature of Michael Haendel

**CRIMINAL AFFIDAVIT**
IN THE UNITED STATES DISTRICT COURT
FOR THE, WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Haendel, *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 1:13-cv-00007-SS |
| Michael Pont, Sherry Statman, *Defendants*. | § | |

| SUBJECT OF CRIMINAL AFFIDAVIT | OFFICIAL CAPACITY |
|---|---|
| Wallace B. Jefferson | TEXAS SUPREME COURT CHIEF JUSTICE |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| SAMUEL SPARKS | U.S. MAGISTRATE JUDGE | U.S. Dist. Court 509 West Fifth St. Austin, Texas |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE | ADDRESS OF ACCUSED |
|---|---|---|
| November 13 2012 (1) November 14, 2012 (1) | Thomas C. Clark Building (1) 205 West 14th Street Austin, Texas | Thomas C. Clark Building 205 West 14th Street Austin, Texas |

**BASIS OF COMPLAINT'S CHARGES AGAINST THE ACCUSED**
7407856, C-1-CR-11-100017, 03-11-00340-CR, Michael Haendel, witness(es), Business Card, Certified Austin Police Press Release, audio recording, transcript

**AFFIDAVIT**
    In the name and by authority of The United States, and The State of Texas, I, Michael Haendel, hereinafter referred to as "Complainant," under penalty of perjury, do state that I have personal knowledge I have good reason to believe and do believe based upon the following information:
    *Wallace B. Jefferson, acting Texas Supreme Court, Chief Justice, hereinafter referenced "Accomplice" on or about November 14th, 2012 did secret, and continues to secret from prosecution Michael Pont, as acting as Austin Municipal Police Officer, Sherry Statman, Austin Municipal Court Judge and Magistrate, Andrew Garbe, Austin Municipal Prosecutor, Jackie Gerban, Austin Municipal Prosecutor, Patty Robinson, Assistant Chief of Police, J Woodfin Jones, Chief Justice Third Court of Appeals, Robert Pemberton, Justice Third Court of Appeals, Diane Henson Justice Third Court of Appeals, Sharon Keller, Chief Justice Court of Criminal Appeals, see criminal affidavits from Complainant against above listed Austin Municipal employees. Accomplice further compounds his violations of Texas Penal Code by ruling Complainant paid fine and court cost of $69, even confronted with evidence of money order amount of $71, and numerous, verified statements of Complainant intended and did pay Appeal Bond. Accomplice did also state for the record that Complainant did not object to unverified, unknown, City of Austin Municipal Court Clerk statement Complainant did not object to statement of payment of fine and court cost. Over an inch thick stack of documents are filed into the record Complainant's objection unverified, unknown, City of Austin Municipal Court Clerk statement Complainant paid fine and court cost. Complainant states he paid, and intended to pay Appeal Bond, as witnessed by the $71 money order, and the Appeal Bond amount of $71.*
    *Complainant mailed, restricted signature, verified criminal affidavits to **Wallace B. Jefferson, acting Texas Supreme Court, Chief Justice.** Complainant received response from Texas Supreme Court Clerk, Blake Hawthorne, in writing declaring no further response would be taken.*

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING OFFENSES OR VIOLATIONS**
    Heretofore and before the making and filing of this affidavit, on or before the 23rd day of April,

STATE OF TEXAS, COUNTY OF TRAVIS
This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

_____          _____                    Notary Public Seal Below
Signature of Notary Public        Signature of Michael Haendel

2013, in the County of Travis and State of Texas, and in The United States District Court for The, Western District of Texas, Austin Division, and in The United States District Court for The, Western District of Texas, Austin Division, **Wallace B. Jefferson** with one degree less that criminal offenses by secreting from prosecution Assailant, did then and there unlawfully and willfully violation of Texas Penal Code, § 22.02. AGGRAVATED ASSAULT, felony of the first degree, Texas Penal Code 20.04. AGGRAVATED KIDNAPPING, second degree felony, Texas Penal Code - Section 37, Texas, Texas Penal Code - Section 36.05. TAMPERING WITH WITNESS, state jail felony Penal Code, Section 32.48 - SIMULATING LEGAL PROCESS, class A misdemeanor, against the peace and dignity of the State, Texas Penal Code - Section 37.10. Tampering With Governmental Record, 18 USC § 1512 - Tampering with a witness, victim, or an informant, 18 USC § 1513 - Retaliating against a witness, victim, 18 USC § 1509 - Obstruction of court orders, 18 USC § 1038 - False information and hoaxes, 18 USC § 1018 - Official certificates or writings, 18 USC § 35 - Imparting or conveying false information, 18 USC § 402 - Contempts constituting crimes or an informant against the peace and dignity of the State..

---

**JURAT OF MICHAEL HAENDEL**

STATE OF TEXAS §

TRAVIS COUNTY §

    Before me, the undersigned notary, on this day personally appeared Michael Haendel, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

    "My name is Michael Haendel. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

---

Signature in red ink of Michael Haendel across United State Postage Service Stamp

P.O. Box 300952

Austin, Texas 78703

(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on April 22nd, 2013.

Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

STATE OF TEXAS, COUNTY OF TRAVIS

This instrument was sworn and subscribed before me on the 23rd day of April, 2013 by Michael Haendel.

Notary Public Seal Below

Signature of Notary Public          Signature of Michael Haendel