IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL HAENDEL,
    Plaintiff,

-vs-                                                Case No. A-13-CA-007-SS

M. DIGIANTONIO and THOMAS EATON,
    Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically Plaintiff Michael Haendel's Affidavit of Indigence [#31], which was filed contemporaneously with Haendel's Notice of Interlocutory Appeal [#30].

The Court construes the Affidavit as an application to proceed *in forma pauperis* on Haendel's second interlocutory appeal. As is still no justiciable issue for any interlocutory appeal in this record and, therefore, any attempted appeal would be wholly frivolous and without merit, filed in bad faith for the purposes of delay and harassment:

    IT IS THEREFORE ORDERED that Haendel's application to proceed *in forma pauperis* on interlocutory appeal [#31] is DENIED.

SIGNED this the 26th day of April 2013.

                                                SAM SPARKS
                                                UNITED STATES DISTRICT JUDGE

007 ord deny 2d appl ifp interloc app jih.frm