IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL HAENDEL,
    Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　Case No. A-13-CA-007-SS

M. DIGIANTONIO and THOMAS EATON,
    Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically documents number 34 through 42 filed on May 15, 2013 purporting to be "criminal affidavits" advising of criminal conduct of Division Office Manager, Assistant Division Office Manager, clerk, an unknown assistant court clerk of this Court along with three attorneys of the City of Austin and one mis-named Deputy United States Marshal. All of these "criminal affidavits" relate to Cause No. 13-CA-033 where Mr. Haendel is barred from filing further frivolous pleadings. In addition to being not material in any way to the above-styled lawsuit, as well as wholly frivolous, the Court enters the following:

    Documents 34 through 42 are STRUCK from the record and have no significance whatsoever in any litigation of Michael Haendel in this Court.

    SIGNED this the 22 day of May 2013.

                                                        _Sam Sparks_
                                                   UNITED STATES DISTRICT JUDGE