IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Michael Haendel, §
    *Plaintiff* §
  §
v. § CIVIL ACTION NO. 1:13-cv-0007-SS
  §
M. DIGIANTONIO, §
THOMAS EATON, §
    *Defendants*. §

## PLAINTIFF'S NOTICE OF INTERLOCUTORY APPEAL

NOTICE IS HEREBY GIVEN that Michael Haendel, Plaintiff, man, not pro se, in the above-named case, herby appeals to United States Court of Appeals for the Fifth Circuit from the Order denying Plaintiff access to the United States District Court for the Western District of Texas, Austin Division created by United States United States District Court for the Western District of Texas, Austin Division Magistrate Sam Sparks, May, 23, 2013 [Doc. #43, Case No. A-13-CA-007-SS], contrary to all other orders and rulings leading up to and associated with that Order and Memorandum Opinions.

In the past, plaintiff has been declared indigent by United States District Court for the Western District of Texas, Austin Division Magistrate Sam Sparks, and pending indigent status declaration in United States Court of Appeals for the Fifth Circuit.

Dated this 7th day of June, 2013.

# CERTIFICATE OF SERVICE

I, Michael Haendel, do hereby certify that I have submitted a true and correct copy of the above and foregoing, on the ____7th____ day of the month of __June__, year 2013, I certify that original and copy of **PLAINTIFF'S NOTICE OF INTERLOCUTORY APPEAL** complies with Federal Rule 12(b)(1), and Federal Rule 12(b)(6), was personally hand filed, in:

**a.**
UNITED STATES DISTRICT CLERK'S OFFICE,
UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION,
501 West Fifth Street,
Suite 1100,
Austin, Texas 78701,

And a copy of **PLAINTIFF'S NOTICE OF INTERLOCUTORY APPEAL** was personally served by hand delivery to:

**b.**
COUNTY OF TRAVIS CLERK'S OFFICE,
COUNTY OF TRAVIS ATTORNEY
CIVIL LITIGATION DIVISION,
314 West 11th Street, Suite 420,
Austin, Texas 78701
ELAINE A. CASAS,
JENNIFER KRABER.

_____
Signature in red ink by Michael Haendel
P.O. Box 300952
Austin, Texas 78703
(321) 262-8582

SWORN TO and SUBSCRIBED before me by Michael Haendel on the 7th day of the month of __June__, year 2013.

_____
Notary Public in and for The State of Texas

ROSA M MARTINEZ
My Commission Expires
March 12, 2017

PLAINTIFF'S NOTICE OF INTERLOCUTORY APPEAL                                             Page 2 of 2