# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-50274

**FILED**

JUN 2 0 2013

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

MICHAEL HAENDEL,

    Plaintiff - Appellant

v.

M. DIGIANTONIO; THOMAS EATON,

    Defendants - Appellees

Appeal from the United States District Court for the
Western District of Texas
USDC No. 1:13-CV-7 55

Before WIENER, DENNIS, and OWEN, Circuit Judges.
PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this personal injury case, the plaintiff filed a notice of appeal on March 22, 2013 and a subsequent notice on April 5, 2013, from an order of the district court denying his motion requesting clarification of an earlier court order.

    The district court's order denying the plaintiff's motion asking it to clarify a previous order is not a final or otherwise appealable order. Accordingly, we do not have jurisdiction over this appeal and it must be dismissed.

    IT IS SO ORDERED.


RECEIVED
JUN 2 0 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 13, 2013

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 13-50274,    Michael Haendel v. M. Digiantonio, et al
                       USDC No. 1:13-CV-755

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Nancy F. Dolly, Deputy Clerk
                       504-310-7683

cc w/encl:
    Ms. Elaine Agnes Casas
    Mr. Michael Haendel