ORDER OF COMMITMENT
TO THE SHERIFF OF TRAVIS COUNTY, GREETINGS:

MICHAEL F HAENDEL who having been brought before me 1/5/2011 at __7:20 P__.M. charged with the offense:

Class B Misdemeanor INTERFER W/ PUBLIC DUTIES OF PUBLIC SERVANT

is COMMITTED to the CUSTODY of the SHERIFF of Travis County, Texas, to be detained unless he complies with the conditions of bond set on this date or any amendment or modification thereof.

1. Defendant is ordered to appear in:

   Court Administration Office, Room 2.700

   BLACKWELL-THURMAN CRIMINAL JUSTICE CENTER, 509 W. 11th Street

   Instanter

2. If defendant is in custody on the above date, the SHERIFF is hereby ordered to present said defendant in the above Court on said appearance date and at all times said charge(s) or accusation(s) are called before said Court.
3. Bail is hereby set as follows: 5000

4. The magistrate informed the person of the person's right to request appointment of counsel; asked the person whether the person wants to request appointment of counsel; and the person (requested) (did not request) appointment of counsel.
5. Defendant ____ is/ ____ is not ordered to install a vehicle ignition interlock within 30 days of release on bond. Report to Interlock office within 3 working-days of release. (For location call 512-854-9381)
6. Bond is acceptable if in compliance with Articles 17.03, 17.031, 17.04, and/or 17.08 of the Texas Code of Criminal Procedure.
The undersigned hereby certifies that the defendant has been warned of his rights under Art. 15.17 of the Texas Code of Criminal Procedure.
HEREIN FAIL NOT but of this ORDER make due return showing how you have executed same.

Attorney _____
Retained____ Appointed____
Judge of the (Municipal / JP / _____
Court of (City of Austin) Travis County, /

_____), Texas (Acting as Magistrate)

Warrant: _____ TRN: 9073872294 TRS: A001 Cause No.: __
The State of Texas vs.
Name: MICHAEL F HAENDEL
Address: 4250 ALAFAYA TRL STE 212-139
City: OVIEDO State: FL Zip: 32765
DOB: 04/02/1962 Sex: M Race: W Ethnic: N MNI: 1773100 Booking #: 1100728

C-1-CR-11-200319

SHERIFF'S RETURN JAN 0 5 2011
CAME TO HAND THIS ____ day of _____, 20____, at ____ o'clock ____. M.

and executed this ____ day of JAN 0 5 2011, 20____, at ____ o'clock ____. M., by placing the accused in jail in Travis County, Texas.

Greg Hamilton
SHERIFF OF TRAVIS COUNTY, TEXAS  by Deputy

2450011

**EXHIBIT A**

Cause Number _____

| THE STATE OF TEXAS | X | IN THE (MUNICIPAL)(JUSTICE) (COUNTY) COURT (CITY OF AUSTIN) (PCT OR CC AT Law # _____) |
|---|---|---|
| | C-1-CR-11-200319 | |
| COUNTY OF TRAVIS | X | TRAVIS COUNTY, TEXAS |

TCSO Case # 11-364

## AFFIDAVIT FOR WARRANT OF ARREST AND DETENTION

The undersigned Affiant, who after being duly sworn by me, on oath, makes the following statement:

I have good reason to believe and do believe, that on or about the day of January 5th 2011, in Travis County, Texas, **Haendel, Michael W/M DOB 4/2/1962** did there and then knowingly or intentionally commit the offense of:
**Interference With Public Duties (Class B Misd.) (P.C.) 38.15**

My belief of the foregoing statement is based upon:
  __X__ Personal Knowledge

On January 5th, 2011 The Affiant Deputy T. Eaton # 3605 while working uniformed security at 509 West 11th Street observed Deputy Digiantonio # 1508 at the main screening station, instructing a subject later identified as
Haendel, Michael
W/M DOB 4/2/1962
To remove his belt. Handel then became argumentative. Haendel was told he had the choice to comply with screening or leave the building. Haendel walked back through the metal detector throwing his belt on the machine. Haendel then alerted on the metal detector but stated he just wanted to leave. The affiant explained to Haendel that screening process and showed Haendel all the signs explaining the process. Haendel stated he did not want to talk he wanted to leave. Haendel came through to gather his items to leave the building. Haendel approached Digiantonio and told him he did now not want to leave but continue through to court without being screened. The affiant approached Haendel and explained he had to leave the building and once again Haendel became argumentative. Haendel quickly grabbed a long cylindrical object from around his neck, and Digiantonio placed his right arm on Haendel's arm to stop him from manipulating or using the object around his neck. Haendel then grabbed Digiantonio's arm an began to struggle with him. Affiant and Deputy Hernandez # 4429 took control of Haendel placing him in restraints.

The Affiant is a Commissioned Peace Officer in the State of Texas and is employed by the Travis County Sheriff's Office. The above described events occurred in Travis County, Texas.

_____
(Peace Officer) for the State of Texas

_____
AFFIANT

T. Eaton #3605
AFFIANT PRINTED NAME

On This, the 5 day of ___January___ 2011, I hereby acknowledge I have examined the foregoing affidavit and have determined that probable cause does exist for the issuance of a warrant of arrest for the individual accused therein.

_____
Magistrate,
(Municipal) (Justice) Court (City of Austin)
(PCT or CC at LAW # ____) Travis
County, Texas.

Page 1 of 1

2450012

**EXHIBIT A**