IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL HAENDEL,
        Plaintiff,

-vs-                                            Case No. A-13-CA-007-SS

M. DIGIANTONIO and THOMAS EATON,
        Defendants.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting judgment on the pleadings on behalf of the Defendants, and therefore the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the Plaintiff Michael Haendel TAKE NOTHING in this cause against the Defendants M. Digiantonio and Thomas Eaton, and that all costs of suit are taxed against the Plaintiff, for which let execution issue.

SIGNED this the 30th day of August 2013.

_/s/ Sam Sparks_
SAM SPARKS
UNITED STATES DISTRICT JUDGE

007 jdgmt jih.wpd