# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 18, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Michael Haendel
          v. M. Digiantonio, et al.
          No. 14-8860
          (Your No. 13-50862)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

                      Sincerely,

                      **Scott S. Harris**, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 19, 2015

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 13-50862   Michael Haendel v. M. Digiantonio, et al
                      USDC No. 1:13-CV-7

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Charlene A. Vogelaar, Deputy Clerk
                          504-310-7648